```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38135
   EFFIE JEAN BAILEY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2632

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/13/2004 and was confirmed 12/15/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 08/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                  PAID            PAID
--------------------------------------------------------------------------
ECAST SETTLEMENT CORP       SECURED              200.00           3.76          200.00
ECAST SETTLEMENT CORP       UNSECURED           1893.01            .00         1893.01
CARSON PIRIE SCOTT          UNSECURED         NOT FILED            .00             .00
RESURGENT ACQUISITION LL    UNSECURED           2437.28            .00         2437.28
PORTFOLIO RECOVERY ASSOC    UNSECURED           4719.60            .00         4719.60
DRESS BARN                  UNSECURED         NOT FILED            .00             .00
ROUNDUP FUNDING LLC         UNSECURED           6013.34            .00         6013.34
J C PENNEY                  UNSECURED         NOT FILED            .00             .00
MARSHALL FIELDS             UNSECURED         NOT FILED            .00             .00
NCM TRUST                   UNSECURED           1347.44            .00         1347.44
ROUNDUP FUNDING LLC         UNSECURED            922.76            .00          922.76
PETER FRANCIS GERACI        DEBTOR ATTY        2,700.00                       2,700.00
TOM VAUGHN                  TRUSTEE                                           1,129.87
DEBTOR REFUND               REFUND                                            1,023.44

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            22,390.50

PRIORITY                                          .00
SECURED                                        200.00
    INTEREST                                     3.76
UNSECURED                                   17,333.43
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         1,129.87
DEBTOR REFUND                                1,023.44
                   --------------           --------------
TOTALS             22,390.50                22,390.50


               PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 38135 EFFIE JEAN BAILEY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/29/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE